# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

LINDA FARRAR HERMAN                                PLAINTIFF

v.                                                        Civil No.: 1:17-cv-00021-GHD-DAS

WAL-MART STORES EAST, LP                          DEFENDANT

## ORDER

Pursuant to the opinion issued this day, the Court orders that:

1. Wal-Mart's motion for partial summary judgment [30] is **GRANTED** with respect to Linda Herman's claims for future lost wages; and **DENIED** with respect to her claims for future medical expenses.

2. Herman's motion for partial summary judgment [31] is **DENIED**.

**SO ORDERED**, this the 29th day of May, 2018.

_____
SENIOR U.S. DISTRICT JUDGE