# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**LINDA FARRAR HERMAN**     **PLAINTIFF**

VS.     **CAUSE NO. 1:17-cv-21-GHD-DAS**

**WAL-MART STORES EAST, LP**     **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, Linda Farrar Herman, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for Defendant, Wal-Mart Stores East, LP, joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

SO ORDERED, this the 34 day of September, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AND AGREED:

*s/ Thomas M. Louis*
Thomas M. Louis (MSB #8484)
Dorissa S. Smith (MSB #104541)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
*Attorneys for Defendant*

*s/ R. Shane McLaughlin*
R. Shane McLaughlin (MSB #101185)
Nicole H. McLaughlin (MSB#101186)
338 Spring Street, Suite 2
P.O. Box 200
Tupelo, MS 38802
*Attorneys for Plaintiff*